■ AVALON L. L. C. v CORONET PROPERTIES COMPANY. [685 NYS2d 611] —Motion granted only to the extent of clarifying this Court's decision and order entered on October 14, 1997 (243 AD2d 307) to the following extent: To the extent that the assets subject to execution of judgment are entirely owned by Coronet, further proceedings may be properly maintained

within the already pending action. Concur—Milonas, J. P., Wallach, Williams, Tom and Mazzarelli, JJ.